IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CADENCE BANK     PLAINTIFF

V.     NO: 1:23CV139-GHD-RP

GLOBALVISION SYSTEMS, INC., et al

    DEFENDANTS

ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this the 19th day of October, 2023.

_____
SENIOR U.S. DISTRICT JUDGE